THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN SUNDA and<br>JUDITH NAKYEJWE,<br><br>    Plaintiffs,<br><br>vs.<br><br>HOME PROPERTIES GARDENCREST,<br>LLC, HOME PROPERTIES, L.P., and<br>LIGHTHOUSE MANAGEMENT<br>SERVICES, LLC,<br><br>    Defendants. | No. 1:16-cv-10270-IT |

## NOTICE OF APPEARANCE

Please enter the appearance of Michael Hoven as attorney for Plaintiffs John Sunda and Judith Nakyejwe in the above-captioned matter.

                                       Respectfully submitted,

                                       JOHN SUNDA and JUDITH NAKYEJWE,

                                       By its attorney,

                                       /s/ Michael Hoven
                                       Michael Hoven (BBO #688593)
                                       mhoven@foleyhoag.com
                                       FOLEY HOAG LLP
                                       155 Seaport Boulevard
                                       Boston, MA 02210-2600
                                       (617) 832-1000

Dated: March 30, 2016

- 2 -

**CERTIFICATE OF SERVICE**

   I hereby certify that on March 30, 2016 a true copy of the above document, filed through the CM/ECF system, will be sent electronically to the registered participants of record as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

               /s/ Michael Hoven
               Michael Hoven