UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOHN SUNDA AND JUDITH NAKYEJWE,<br><br>　　Plaintiffs<br><br>　　v.<br><br>HOME PROPERTIES GARDENCREST, LLC, HOME PROPERTIES, L.P., AND LIGHTHOUSE MANAGEMENT SERVICES, LLC,<br><br>　　Defendants. | CIVIL ACTION NO. 1:16-cv-10270-IT |

**PARTIES' JOINT STATEMENT PURSUANT TO**
**FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1**

After conferring pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), plaintiffs John Sunda and Judith Nakyejwe and defendants Home Properties Gardencrest, LLC, Home Properties, L.P., and Lighthouse Management Services, LLC respectfully submit this joint statement:

**Proposed Pre-Trial Schedule**

1.　The parties jointly propose the following discovery plan and pre-trial schedule:

| EVENT | DEADLINE |
|---|---|
| Service of initial disclosures | 5/10/2016 |
| Filing of motions to amend and/or add parties, except for good cause shown | 7/15/2016 |
| All discovery, other than expert discovery, completed | 10/14/2016 |

| All trial experts (other than rebuttal experts) must be designated, and the information contemplated by Fed. R. Civ. P. 26(a)(2) must be disclosed by | 11/16/2016 |
|---|---|
| All expert discovery completed | 1/31/2017 |
| Dispositive motions filed | 2/28/2017 |

**Service**

2. The parties agree that service of papers not filed with the Court may be accomplished by electronic means pursuant to Fed. R. Civ. P. 5(b)(2)(E), and that such electronic service shall be considered the equivalent of service by hand for purposes of calculating response dates such that three (3) days will not be added (under Fed. R. Civ. P. 6(d)) to a due date after a period would otherwise expire.

**Trial by Magistrate**

3. The parties do not consent to a trial by a magistrate judge.

**Settlement Proposals**

4. Plaintiffs previously presented a written settlement demand to Defendants. Counsel for Defendants conferred with Defendants regarding same.

**Discovery Limitations**

5. The parties agree that the scope of discovery should conform to the limitations provided under the Federal Rules of Civil Procedure and Local Rule 26.1.

**Local Rule 16.1(D)(3) Certifications**

6. The parties will file their certifications pursuant to Local Rule 16.1(d)(3) separately.

**Pending Motions**

7. There are no pending motions.

Respectfully submitted,

JOHN SUNDA AND JUDITH NAKYEJWE

By their attorneys,

/s/Catherine C. Deneke
Catherine C. Deneke (BBO NO. 673871)
FOLEY HOAG, LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: 617.832-1000
cdeneke@foleyhoag.com

HOME PROPERTIES GARDENCREST, LLC, HOME PROPERTIES, L.P., AND LIGHTHOUSE MANAGEMENT SERVICES, LLC

By their attorneys,

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek (BBO No. 647085)
LITTLER MENDELSON, P.C.
One International Place, Suite 2700
Boston, MA 02110
Phone: 617.378.6017
ckaczmarek@littler.com

April 26, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of April, 2016, a true and accurate copy of this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing, and sent via first class mail to unregistered participants.

/s/ Christopher B. Kaczmarek
Christopher B. Kaczmarek

Firmwide:139919513.2 999999.4393