UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

JOHN SUNDA AND
JUDITH NAKYEJWE,
    Plaintiffs,

v.                                                    Civil Action No. 16-cv-10270-IT

HOME PROPERTIES GARDENCREST,
LLC, HOME PROPERTIES, L.P., AND
LIGHTHOUSE MANAGEMENT
SERVICES, LLC,
    Defendants.

## Scheduling Order
### May 24, 2016

**TALWANI, D.J.**

    This Scheduling Order is intended to provide a reasonable timetable for discovery and motion practice in order to help ensure a fair and just resolution of this matter without undue expense or delay.

### Timetable for Discovery and Motion Practice

    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1(f), it is hereby ORDERED that:

1. **Initial Disclosures.** Initial disclosures required by Fed. R. Civ. P. 26(a)(1) and by this court's Notice of Scheduling Conference must be completed by <u>May 10, 2016</u>.

2. **Amendments to Pleadings.** Except for good cause shown, no motions seeking leave to add new parties or to amend the pleadings to assert new claims or defenses may be filed after <u>July 15, 2016</u>.

3. **Fact Discovery – Final Deadline.** All discovery, other than expert discovery, must be completed by <u>October 14, 2016</u>.

4. **Status Conference.** A status conference will be held on <u>October 19, 2016 at 2:30 p.m</u>.

### Procedural Provisions

5. **Extension of Deadlines.** Motions to extend or modify deadlines will be granted only for good cause shown. All motions to extend shall contain a brief statement of the reasons for the request; a summary of the discovery, if any, that remains to be taken; and a specific

date when the requesting party expects to complete the additional discovery, join other parties, amend the pleadings, or file a motion.

6. **Motions to Compel or Prevent Discovery.** Except for good cause shown, motions to compel discovery, motions for protective orders, motions to quash, motions to strike discovery responses, and similar motions must be filed no later than seven days after the close of fact discovery or the close of expert discovery, whichever deadline is relevant. If additional discovery is compelled by the court after the relevant deadline has passed, the court may enter such additional orders relating to discovery as may be appropriate.

7. **Status Conferences.** The court has scheduled a status conference after (or close to) the close of fact discovery for case management purposes. Any party who reasonably believes that a status conference will assist in the management or resolution of the case may request one from the court upon reasonable notice to opposing counsel.

8. **Additional Conferences.** Upon request of counsel, or at the court's own initiative, additional case-management or status conferences may be scheduled.

9. **Early Resolution of Issues.** The court recognizes that, in some cases, early resolution of one or more preliminary issues may remove a significant impediment to settlement or otherwise expedite resolution of the case. Counsel are encouraged to confer and jointly advise the court of any such issues.

10. **Pretrial Conference.** Lead trial counsel are required to attend any pretrial conference.

11. **Discovery Disputes.** In the event counsel encounter a discovery dispute, they are encouraged to request a hearing or telephone conference with the court before filing a discovery motion.

**SO ORDERED.**

          **/s/Indira Talwani**
          **United States District Judge**

          **By: /s/Gail A. Marchione**
**Date: May 24, 2016**           **Courtroom Deputy Clerk**