THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| JOHN SUNDA and<br>JUDITH NAKYEJWE,<br><br>Plaintiffs,<br><br>vs.<br><br>HOME PROPERTIES GARDENCREST,<br>LLC, HOME PROPERTIES, L.P., and<br>LIGHTHOUSE MANAGEMENT<br>SERVICES, LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. 16-cv-10270-IT |

## PLAINTIFFS' ASSENTED-TO MOTION FOR LEAVE TO AMEND COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs John Sunda and Judith Nakyejwe (collectively, "Plaintiffs") respectfully request the Court's leave to amend their complaint in order to assert additional causes of action against Home Properties Gardencrest, LLC, Home Properties, L.P., and Lighthouse Management Services, LLC (collectively, "Defendants"). In support of the Motion for Leave, Plaintiffs rely on the supporting Memorandum filed concurrently herewith.

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1

The undersigned hereby certifies that counsel for Plaintiffs conferred in good faith with counsel for Defendants in an effort to narrow or resolve the issues presented in this motion, and that counsel for Defendants assented to this motion.

Respectfully submitted,

JOHN SUNDA and JUDITH NAKYEJWE,

By their attorneys,

*/s/ Michael Hoven*
Kristyn DeFilipp (BBO #676911)
kbuncedefilipp@foleyhoag.com
Michael Hoven (BBO #688593)
mhoven@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
(617) 832-1000

Oren M. Sellstrom (BBO #569045)
osellstrom@lawyerscom.org
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS AND ECONOMIC JUSTICE
294 Washington Street, Suite 443
Boston, MA 02108
(617) 988-0608

DATED: July 15, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of July, 2016, the foregoing document was served via CM/ECF on all registered parties.

*/s/ Michael Hoven*
Michael Hoven